AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ETEM MURATOVIC,<br><br>*Plaintiff(s)*<br>v.<br>3150 33RD STREET LLC;<br>PHOENIX MANAGEMENT 23 LLC; and<br>JOSEPH PISTILLI, MICHAEL G. PISTILLI, and<br>ANTHONY J. PISTILLI, individually,<br>*Defendant(s)* | Civil Action No. 24 cv 3485 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  3150 33RD STREET LLC, 35-01 30th Avenue, Astoria, NY 11103
PHOENIX MANAGEMENT 23 LLC, 35-01 30th Avenue, Astoria, NY 11103
JOSEPH PISTILLI, 35-01 30th Avenue, Astoria, NY 11103
MICHAEL G. PISTILLI, 35-01 30th Avenue, Astoria, NY 11103
ANTHONY J. PISTILLI, 19-02 Whitestone Expy, Ste 101, Whitestone, NY 11357

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cilenti & Cooper, PLLC
60 East 42nd Street - 40th Floor
New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  5/13/2024

*Shirley Mora*
*Signature of Clerk or Deputy Clerk*